1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | YIU KEI LI,           )
                          )
13 |     Plaintiff,        )   No. C 06-7177 JCS
                          )
14 |     v.                )
                          )   **STIPULATION TO DISMISS AND**
15 | MICHAEL CHERTOFF, Secretary of the  )   **[PROPOSED] ORDER**
Department of Homeland Security;   )
16 | EMILIO GONZALEZ, Director of U.S.   )
Citizenship and Immigration Services;  )
17 | DAVID N. STILL, District Director of the  )
San Francisco U.S. Citizenship and Immigration )
18 | Services; and ROBERT MUELLER, III, Director )
of the Federal Bureau of Investigations,  )
19 |                       )
     Defendants.           )
20 | _____ )

21 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 | action without prejudice in light of the fact that the United States Citizenship and Immigration

24 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25 | adjudicate such application within 30 days of the dismissal of this action.

26 |     Each of the parties shall bear their own costs and fees.

27 | ///

28

Stipulation to Dismiss
C 06-7177 JCS

| | | |
|---|---|---|
| 1 | Date: December 19, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 8 | Date: December 19, 2006 | /s/<br>FRANK M. TSE |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   December 20, 2006

[Signature of Judge Joseph C. Spero]
JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Dismiss
C 06-7177 JCS